**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

May 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Elaine Ruth Warner
    Bankruptcy Case No. 1-08-01023
    Unclaimed Funds For: National City Bank
                           POBox 9492
                            Cleveland OH 44101

Dear Clerk:

    Enclosed herewith please find check No.740944 for $2,891.69 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                            Very truly yours,

                                            Carol A. Kreider
                                            Funds Manager